## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 17 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| Michael E. Kennedy, | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. L10CV2256 |
| | * |
| Chesapeake Utilities Corporation, | * |
| 909 Silver Lake Boulevard, Dover, | * |
| Delaware 19904, | * |
| Defendant. | * |

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Michael E. Kennedy hereby requests leave, pursuant to *28 U.S.C. §1915*, to proceed "*in forma pauperis*" (without prepayment of costs). In support of this motion, plaintiff attaches an affidavit.

*[signature]*

Michael E. Kennedy
Plaintiff, pro se

Dated this 16th day of August, 2010.

Michael E. Kennedy
8635 N West Road
Salisbury, Maryland 21801
(443) 523-8196

```
                    FILED ___   ___ ENTERED
                    LOGGED ___  ___ RECEIVED
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

AUG 17 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | | |
|---|---|---|
| Michael E. Kennedy, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. _____ |
| | * | |
| Chesapeake Utilities Corporation, | * | |
| 909 Silver Lake Boulevard, Dover, | * | |
| Delaware 19904, | * | |
| Defendant. | * | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Michael E. Kennedy, declare that I am the plaintiff in the above-entitled case. I understand that the filing fee for most civil suits is $250.00. In support of my motion to proceed without being required to prepay the filing fee and other costs, I state that: (1) because of my poverty I am unable to pay such fee and costs, or give security therefore; and (2) I believe I am entitled to relief in this proceeding. The nature of my complaint is briefly stated as follows: This action is brought pursuant to the *Fair Debt Collection Practices Act ("FDCPA") of 1977* and State of Maryland *Fair Debt Collection Practices Act, Md. Code Ann., Business Regulation § 7-101, et seq.*

In further support of this motion, I answer the following questions:

1. Are you presently employed?

   [ X ] Yes        [  ] No

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. List both gross and net (take-home) pay.

   Employer: Custom-Pak, Inc.,                    Monthly Gross:   $3,300.00
             9060 Crisfield Hwy, Westover, MD 21871   Monthly Net:   $2,529.00

b.  If the answer is "no," state the date of last employment, the name and address of your employer, and the amount of salary or wages per month you received.

Date:            Not Applicable            Monthly Gross:    Not Applicable

Employer:        Not Applicable            Monthly Net:      Not Applicable

2.  Have you received within the past 12 months any income from: (1) settlements, judgments, or monetary awards following compensation, or disability payments; (2) Social Security, public assistance, workers' compensation, or disability payments; (3) a business, profession or other form of self-employment; (4) rent payments, interest, or dividends; (5) retirement, annuity, pension or insurance payments; (6) gifts or inheritances; or (7) any other sources?

[ X ] Yes          [ ] No

Received:                    Source:

$2,000.00                    Westlake Financial Services

$_____                     _____

$_____                     _____

$_____                     _____

Do you expect this income to continue:     [ ] Yes       [ X ] No

3.  Do you have any cash on hand, or money in savings or checking accounts?

[ X ] Yes          [ ] No

If yes, state total amount:   $158.29

4.  Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

[ ] Yes            [ X ] No

If yes, give value and description:

| Value: | Description: |
|---|---|
| $3,500.00 | 2001 Chevy Blazer LT |
| $ | |
| $ | |
| $ | |

5. List Creditors, including banks, mortgage companies, charge accounts, etc.:

| Creditors: | Total Debt: | Monthly Payment: |
|---|---|---|
| Bank of the West - 5009 Account | $12,499.00 | $171.23 |
| Capital One – 1116/2400 Accounts | $1,216.12 | $155.00 |
| Capital One – 3371/8268 Accounts | $1,085.07 | $ 45.00 |
| Chase - 1007 Account | $6,946.00 | $236.00 |
| Chase – 3429/6680 Accounts | $9,761.53 | $223.00 |
| Citibank - 9784 Account | $2,368.31 | $150.00 |
| Discover – 8032/8303 Accounts | $7,411.04 | $205.00 |
| GMFlex - 2869 Account | $8,151.00 | $216.00 |
| Juniper | $1,633.43 | $ 38.00 |
| Home Depot | $ 313.72 | $ 15.00 |

6. List any major monthly expenditures not included in your answer to No. 5, such as food, insurance, utilities, rent, child support, alimony, etc.:

| Description: | Monthly Payment: |
|---|---|
| Rent | $600.00 |
| Utilities | $140.00 |
| Insurance | $ 96.12 |
| Food | $145.00 |
| Fuel | $ 65.00 |

7. Marital Status: [ ] Single  [ X ] Married  [ ] Widowed  [ ] Separate/Divorced

   List Persons you actually support and your relationship to them:

   | Name: | Relationship: |
   |---|---|
   | Sandra D. Kennedy | Spouse |
   | Not Applicable | Not Applicable |
   | Not Applicable | Not Applicable |

8. If married, is your spouse employed?    [ ] Yes    [ X ] No

   If yes, how much does your spouse earn per month: Gross: $ N/A    Net: $ N/A

9. If you are a minor under age 18, what is your parents' or guardians' approximate monthly income?

   Gross: $ N/A    Net: $ N/A

   I understand the Court will not consider my Motion unless all the questions are answered.

   I declare under penalty of perjury that the information is true and correct.

Dated this 16th day of August, 2010   Signature: _____

Michael E. Kennedy
8635 N West Road
Salisbury, Maryland 21801
(443) 523-8196