**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MICHAEL KENNEDY | : | |
| Plaintiff | : | |
| v | : | Civil Case No. L-10-2256 |
| CHESAPEAKE UTILITIES CORP. | : | |
| Defendant | : | |

o0o

**<u>ORDER</u>**

    Plaintiff Michael Kennedy, filing <u>pro se</u>, brings this action against Chesapeake Utilities Corporation ("Chesapeake") alleging violations of the federal Fair Debt Collection Practices Act, the Maryland Consumer Debt Collection Act, and Maryland common law.

    For the reasons stated in the Memorandum opinion of even date, the Court hereby GRANTS Chesapeake's Motion to Dismiss (Docket No. 5) and DISMISSES the Complaint. The clerk is directed to CLOSE the case.

SO ORDERED this 8th day of March, 2011.

                                                            /s/
                                        _____
                                        Benson Everett Legg
                                        United States District Judge